**Order entered December 28, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01161-CV
No. 05-18-01162-CV
No. 05-18-01163-CV
No. 05-18-01164-CV
No. 05-18-01165-CV
No. 05-18-01166-CV
No. 05-18-01167-CV

### IN THE INTEREST OF E.M., ET AL., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-03-00170-R, DF-16-27206-R, DF-17-15414-R,**
**DF-16-27181-U, DF-16-27204-U, DF-16-02192-U, and DF-10-13428-Y**

## ORDER

Before the Court is appellant's December 27, 2018 motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before January 15, 2019.


/s/      ADA BROWN
        JUSTICE